IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALDRIDGE WINFREY                                                                    PLAINTIFF

v.                                          No. 2:16-cv-8-DPM

CITY OF FORREST CITY, ARKANSAS;
E.P. REYNOLDS, DEON LEE, and ERIC McCOY,
all in their official and individual capacities as
police or law enforcement officers of the City
of Forrest City, Arkansas                                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2017